**Henry S. MONTZ, Jr., Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 37786.**

Court of Criminal Appeals of Texas.

Feb. 17, 1965.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

OPINION

MORRISON, Judge.

The offense is driving while intoxicated; the punishment, seven days in jail and a fine of $75.00.

No statement of facts accompanies the record. In the absence of a statement of facts, we are in no position to pass upon his bill of exception relating to the court's charge. Williams v. State, Tex.Cr.App., 378 S.W.2d 325.

All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.